Union Mortgage Company, Appellant, v. Loft Candy Corporation, Respondent, et al., Defendants.— Judgment and order affirmed, with costs. No opinion.

Present — Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ.; Callahan, J., dissents and votes to reverse and deny the motion.